NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Petitioner*,

*v.*

ALEX OSUNA, *Respondent*.

No. 1 CA-CR 16-0322 PRPC
FILED 1-25-2018

Petition for Review from the Superior Court in Yuma County
No. S1400CR200901226
The Honorable Lisa W. Bleich, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yuma County Attorney's Office, Yuma
By Charles V.S. Platt
*Counsel for Petitioner*

Sharmila Roy Attorney at Law, Laveen
By Sharmila Roy
*Counsel for Respondent*

---

## MEMORANDUM DECISION

Presiding Judge Lawrence F. Winthrop, Judge Jennifer B. Campbell, and Judge Paul J. McMurdie delivered the decision of the Court.

---

**PER CURIAM:**

**¶1**        Petitioner the State of Arizona seeks review of the superior court's order granting respondent Alex Osuna's petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is a petitioner's burden to show the superior court abused its discretion in ruling on the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**        We have reviewed the record in this matter, the superior court's order granting the petition for post-conviction relief, and the petition for review. Petitioner has not established an abuse of discretion.

**¶4**        Accordingly, we grant review but deny relief.

